UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 13 |
| SHANNON MARIE HOKES FKA SHANNON MARIE CASSIDY | CASE NO: 10-55309 |
| | JUDGE: MARILYN SHEA-STONUM |
| Debtor | |

### OBJECTION TO CONFIRMATION OF PLAN
### (1706 E. Barlow Road, Hudson, Ohio 44236)

PARK VIEW FEDERAL SAVINGS BANK, ("Creditor"), a secured creditor herein, and holder of the first mortgage on the real estate owned by the debtor and located at 1706 E. Barlow Road, Hudson, Ohio 44236, and hereby objects to the confirmation of the Debtor's Plan pursuant to 11 U.S.C., §§1307 (c)(1) and 1324. Said real estate is more fully described in the Mortgage Deed attached hereto and marked as Exhibit "B". This Objection to Confirmation is supported as follows:

1. The pre-petition arrearage on Creditor's mortgage through November 18, 2010, is in excess of $8,266.65 for which a Proof of Claim has been filed (Claim #5). The Debtor's Plan lists the pre-petition arrearage due to Creditor as being $2,766.00.

This Objection is a Standing Objection, and shall continue with reference to the currently proposed plan and any subsequently modified plan.

Respectfully Submitted,

/s/ Mark R. Lembright
FELTY & LEMBRIGHT CO., L.P.A.
Mark R. Lembright (0041545)
Attorney for Creditor
1500 West Third Street, Suite 400
Cleveland, OH 44113
(216) 588-1500 ext 128
(216) 771-4334-fax
mlembright@feltyandlembright.com

## PROOF OF SERVICE

        I certify that on the __24th__ day of __November__, 2010, copies of the foregoing were served by mailing the same by ordinary U.S. Mail, postage prepaid, and/or electronically as permitted by local rule, to the persons listed below.

**Served by Regular U.S Mail**

Shannon Marie Hokes
1706 Barlow Road
Hudson, OH 44236
Debtor

**Electronic Mail Notice List**

The following is a list of parties who are currently on the list
to receive e-mail notice/service for this case:

Keith Rucinski, Trustee
efilings@ch13akron.com

Robert M. Whittington, Jr., Esq.
Debtor's Attorney
elkwhitt@neo.rr.com

Office of the U.S. Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave. East  Ste. 441
Cleveland, OH 44114

                                                  Respectfully Submitted,

                                                  /s/ Mark R. Lembright
                                                  FELTY & LEMBRIGHT CO., L.P.A.
                                                  Mark R. Lembright (0041545)
                                                  Attorney for Creditor
                                                  1500 West Third Street, Suite 400
                                                  Cleveland, OH  44113
                                                  (216) 588-1500 ext 128
                                                  (216) 771-4334-fax
                                                  mlembright@feltyandlembright.com

10-16495Dplan.obj;cmm;November 23, 2010